IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF NEW MEXICO

NANCY K. O'ROURKE,

    Plaintiff,

vs.                                           Civ. No. 13-193 RHS/ACT

NORTHERN NEW MEXICO COLLEGE,
SUSAN PACHECO and NANCY BARCELO,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court *sua sponte*. Plaintiff is ordered to show cause why the above-captioned case should not be dismissed for lack of prosecution.[1] Plaintiff filed her Complaint on February 28, 2013 (Doc. No. 1). Summons have not been issued to the Defendants. Plaintiff has taken no further steps to advance this case on the Court's docket.

Accordingly, Plaintiff is directed to show cause by formal response filed with the Clerk of the Court no later than July 5, 2013, why this litigation should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED**.

                                                  _____
                                                  **ALAN C. TORGERSON**
                                                  **United States Magistrate Judge**

---

[1] D.N.M.LR-Civ. 41.1 states in pertinent part, "A civil action may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward."