IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NANCY K. O'ROURKE,

    Plaintiff,

v.                              Case No. 13-CV-193 RHS/ACT

NORTHERN NEW MEXICO COLLEGE,
SUSAN PACHECO and NANCY BARCELO,

    Defendants.

## JURY DEMAND (12 PERSON)

COME NOW Defendants, by and through their counsel of record Basham & Basham, P.C. (Mark A. Basham), and hereby demands a trial by a twelve person jury of all issues triable of right by jury and hereby tenders a sum of $300.00 for a jury fee.

                Respectfully Submitted,

                */s/ Mark A. Basham*
                Mark A. Basham
                Basham & Basham, P.C.
                2205 Miguel Chavez, Suite A
                Santa Fe, New Mexico 87505
                (505) 988-4575
                mbasham@bbpcnm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Jury Demand was mailed to Nancy O'Rourke, Pro Se, P.O. Box 22971, Santa Fe, New Mexico 87502, on this 22nd day of July, 2013.

                */s/ Mark A. Basham*
                Mark A. Basham