## CLERK'S MINUTES REGARDING
## RULE 16 SETTLEMENT CONFERENCE

**NAME OF CASE:**    *O'Rourke v. Northern New Mexico College et al.*

**USDC NO.**  13cv193 RB/ACT                    **X** JURY    ___NON-JURY

A Rule 16 Settlement Conference was held beginning at 9:30 a.m. on February 11, 2014, before Magistrate Judge Alan C. Torgerson.

**APPEARANCES:**

**For Plaintiffs:**
Samuel C. Wolf

**With Client:**
Nancy O'Rourke, via telephonic

**For Defendants:**
Mark A. Basham

**With Clients:**
Bernie Padilla, Director of Human Resources, Northern New Mexico College
Adam Aldaz, Claims Adjuster/Supervisor State of New Mexico

**RESULTS OF SETTLEMENT CONFERENCE:**

Case did not settle.

_____
**ALAN C. TORGERSON**
United States Magistrate Judge