# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

NANCY K. O'ROURKE,            )
        Plaintiff,              )
v.                            )    Case No. 13-CV-00193RB/LAM
                              )
NORTHERN NEW MEXICO COLLEGE,  )
        Defendant.              )

## Plaintiff's First Amended Witness List

COMES NOW Plaintiff, Nancy K. O'Rourke, by and through her attorneys, JONES, SNEAD, WERTHEIM & CLIFFORD, P.A., and submits her First Amended Witness List of witnesses expected to testify at trial in this matter:

**Plaintiff will call or have available at trial the following witnesses:**

1. Nancy K. O'Rourke: Ms. O'Rourke will testify in person regarding the circumstances of her employment at Northern New Mexico College (NNMC), NNMC's improper actions, and her damages incurred as a result.

2. Tim Crone: Mr. Crone may be called in person to testify regarding Ms. O'Rourke's employment at NNMC; the position of director of human resources at NNMC during Mr. Crone's employment at NNMC; and circumstances at NNMC.

**Plaintiff may call the following witnesses:**

3. Susan Meredith: Ms. Meredith may be called in person to testify regarding the circumstances of Ms. O'Rourke's employment at NNMC; internal management of NNMC; and related issues.

4. Bernie Padilla: Mr. Padilla may be called in person to testify regarding the circumstances of Ms. O'Rourke's employment at NNMC; and the details of the position of Director of Human Resources at NNMC, including his, Ms. O'Rourke's, and others' performance of that position.

5. Karen Stone-Mickool: Ms. Stone-Mickool may be called in person or by telephone to testify regarding a survey performed by her company for NNMC.

6. Mark Meyers: Mr. Meyers may be called in person to testify regarding Ms. O'Rourke's work for the Department of Corrections following her departure from NNMC.

7. Dr. Andres Salazar: Dr. Salazar may be called in person to testify regarding Ms. O'Rourke's salary and budgeted increases for her salary.

In addition Plaintiff may call any witness identified by Defendants and any witness necessary for rebuttal.

Respectfully submitted,

JONES, SNEAD, WERTHEIM
 & CLIFFORD, P.A.
Attorneys for Plaintiff


By: /s/ Samuel C. Wolf
    SAMUEL C. WOLF
    Post Office Box 2228
    Santa Fe, New Mexico  87504-2228
    (505) 982-0011
    (505) 989-6288 Fax
    sam@thejonesfirm.com

**CERTIFICATE OF SERVICE**

It is hereby certified that on the 17th day of July, 2014, a copy of the foregoing was mailed to Mark A. Basham, Esq., Basham & Basham, PC, 2205 Miguel Chavez Road, Suite A, Santa Fe, New Mexico 87505, by first-class mail, postage prepaid.

    Respectfully Submitted,

    JONES, SNEAD, WERTHEIM &
    CLIFFORD, P.A.

    By: /s/Samuel C. Wolf
        Samuel C. Wolf
        1800 Old Pecos Trail
        Santa Fe, NM 87504
        Tel. (505) 982-0011
        sam@thejonesfirm.com