Page 4, Q15. Comments on NNMC Human Resources and Campus Services

| # | Comment | Date |
|---|---|---|
| 1 | Dissatisfied | Apr 28, 2011 12:06 PM |
| 2 | switchboard operations are inadequate, rude and incompetent. Chef Ron is a sorry excuse for using that food space. bid it out! | Apr 26, 2011 6:50 PM |
| 3 | I feel that HR should give a copy of signed contracts to each employee as part of the employees record without having to ask. | Apr 26, 2011 5:49 PM |
| 4 | Human resources personnel are unprofessional and incompetent; made many gross errors in my hire process and did not conduct business or interactions in a professional manner | Apr 26, 2011 1:58 PM |
| 5 | Chef Ron should be fired. It is unconscionable that he has been allowed to work here and not pay rent. This is totally unfair. | Apr 26, 2011 1:53 PM |
| 6 | What Human Resources??? | Apr 26, 2011 1:20 PM |
| 7 | Very unprofessional. | Apr 26, 2011 1:10 PM |
| 8 | Karen is great. I think H&R will improve tremendously because of her. | Apr 26, 2011 12:39 PM |
| 9 | human resource officer is a joke very unprofessional spreads rumors is not qualified is never in her office is not neutral between admn. & other employees as required of a human resource officer has an assistance which we never needed if were there to do her job | Apr 20, 2011 12:42 PM |
| 10 | No confidence vote needs to be taken when it comes to the Human Resource director. There is a lack of professionalism and knowledge in the service of Human resource for this campus! We need someone that can do this job MORE EFFECTIVELY and MORE EFFICIENTLY! | Apr 20, 2011 12:24 PM |
| 11 | From my observations, there seems to be an underlying narrative that guides how business is done on campus: don't trust people. I've jokingly referred to this as "Northern's Culture of No." I've heard the discourse about poor customer service on campus, but it's more of a systems problem. Take purchasing for example, most campuses distribute budgets to trusted professionals and there is an expectation that the best person has been hired to facilitate budgeting. Most campuses use a Purchase Card system for costs under $500, but here, to even order something as simple as pens you have to (literally) buy a form to fill out a form to ask someone else to order that pen for you. It's very paternalistic. In terms of systems, there is an inherent frustration that gets imbued through these practices that then trickles down to how people interact with each other. It also creates more of the strange power politics on campus about who does and who doesn't have access to the system. HR is another issue all together. I've been very frustrated with lack of HR policy or knowledge of basic procedures (again, that are nationally accepted practices). I negotiated a specific type of position coming into this institution that is quite common at other Colleges - full time faculty and director. Here, because of the new configuration, my credibility and purpose is questioned consistently. Also, I have a new type of contract, a 12-month faculty contract which causes basic frustration. For instance, even though I've asked multiple times, I still do not technically know how to take time off from work. My Dean told me to just take time like other faculty, but the Provost told me to do it like staff. Because of the mixed messages, I never feel comfortable | Apr 19, 2011 10:24 AM |

Exhibit 1

Page 4, Q15. Comments on NNMC Human Resources and Campus Services

because there is this underlying perception that I'm in an impossible situation. Every moment that I've been here, I feel like it has been my responsibility to define and re-define my position here, even in terms of basic information. When I've asked about institutional responsibility in regards to basic employee compliance, I feel like I'm constantly regarded as a "problem causer" rather than a person who is trying to be a "problem solver." There is also another aspect of HR that I am uncomfortable with, which again as to do with the narratives that inform our work culture. When a new member of our team was recently hired, she was told by our HR director that Northern runs on "mañana time" and that "mañana may not even mean mañana, it may mean next week." The new employee was puzzled by this and asked what it meant. I was stunned that this was the welcome that a new employee received by the HR director! What expectations can you have for professionalism when you start here? But, such comments have been common throughout my experience at Northern. Other common narratives: "Well, what do you expect? It's Northern." If something happens, I've heard the response, "Welcome to Northern [or Española]." These deficit positions permeate the professional culture here, and from my perspective, have much to do with the ingrained disfunction of many of the systems. These narratives are imposed, largely, by people from outside of the community of northern New Mexico. Ironically, even the term "mañana time" is one coined by a travel writer, Charles Lummis. It is not OK that they have become part of the professional discourse. This all leads to lack of professionalism overall. When I had an issue, where I was interested in hearing about the grievance process, I went to speak to the HR director. Rather than having her objectively tell me the process, I landed up consoling her when she cried after detailing a (I am not kidding) a Jerry Springer episode about race. Everything here just lands up being about personality and ego, rather than finding ways to work in meaningful ways. Again, HR should be the standard for professionalism which trickles down to the rest of the College, but it just lands up being people working their issues out through whatever opportunity arises.

| | | |
|---|---|---|
| 12 | Why does the cafeteria serve high calorie industrial foods, instead of healthy foods? Bookstore service not good at all. | Apr 19, 2011 8:03 AM |
| 13 | Staff should not be doing PT faculty Paperwork. It should be don by HR. HR is a waste of monies as they do not do their jobs. | Apr 19, 2011 7:19 AM |
| 14 | strongly support to utilize local suppliers, may need to change policies that hinder this. Need to support our local businesses. phones should be updated would also reccommend a NNMC voicemail that plays a NNMC jingle or NNMC marketing message | Apr 18, 2011 11:41 AM |
| 15 | I haven't used the college cafeteria service because I bring my own lunch in order to keep personal costs down. | Apr 18, 2011 10:17 AM |
| 16 | HR is where vote of no confidence should lie. HR files and personal issues should be kept in the files and not travel to anyone visiting the HR office. | Apr 18, 2011 9:47 AM |
| 17 | Large boxes shipped to NNMC should be delivered to the appropriate department by Purchasing staff. | Apr 18, 2011 9:03 AM |
| 18 | Meeting Rooms & Classrooms Technology. This is an area that really needs some attention, and staffing, in fact. Who provides A/V Technological support? | Apr 18, 2011 8:32 AM |

**Page 4, Q15. Comments on NNMC Human Resources and Campus Services**

| | | |
|---|---|---|
| | If we have equipment in a room who know how to use it? | |
| 19 | Human Resources is clearly support for Administration rather than employee advocates | Apr 18, 2011 8:30 AM |
| 20 | DO THEY KNOW HOW TO DO THEIR JOB CORRECTLY | Apr 9, 2011 7:33 PM |
| 21 | Usually no one in HR when I go | Apr 7, 2011 8:23 AM |
| 22 | n/a | Apr 5, 2011 12:17 PM |
| 23 | Our office received far fewer misdirected calls after new people were hired, but they both moved on | Apr 4, 2011 12:30 PM |
| 24 | bitchin! | Apr 4, 2011 11:11 AM |
| 25 | HR director is wholly lacking in tact, professionalism and mastery of key responsibilities. | Mar 31, 2011 2:41 PM |
| 26 | No confidentiality when working with HR. Do we need an assistant for HR??? | Mar 31, 2011 2:41 PM |
| 27 | There is no coherence in the way that people are hired and given raises. We have no plan, there is no transparency, there is no input from anyone. Therefore, it appears that there is a great deal of rewarding friends of the president, or people who happen to be in the 'inner circle'. This is not acceptable! | Mar 31, 2011 9:06 AM |
| 28 | BOOKSTORE IS TOO EXPENSIVE AND THE BOOK ADOPTION PROCESS IS RIDICULOUS AND TEDIOUS. FRIDAYS YOU CANNOT ORDER FOOD BECAUSE LARGE GROUP IS HERE AND LINE IS BACKED UP, CAFE NEEDS TO SERVE THIS GROUP EARLIER OR SEPERATLEY, STAFF AND FACULTY CANNOT STAND IN LINE FOR 30 MINUTES AND THEN STILL BE ABLE TO EAT AND TAKE THEIR HOUR LUNCH. PR PROCESS IS STILL A MESS, PR'S ARE LOST WEEKLY AND NO ONE KNOWS WHERE THEY ARE, I DON'T FEEL LIKE I CAN TRUST THIS PROCESS. | Mar 31, 2011 8:32 AM |
| 29 | Need to have outside sourse for food servcies on campus, Ron is to pricey for students and us. | Mar 31, 2011 8:31 AM |
| 30 | We have exceptionally dedicated, hard-working custodians, secretaries and clerks, who serve above and beyond their job descriptions, despite the fact that they are woefully underpaid. | Mar 31, 2011 7:22 AM |
| 31 | the caf needs a credit card machine!!! | Mar 31, 2011 6:53 AM |
| 32 | On the first day when a new colleague started work, she was told by HR that Northern runs on "mañana time" and that "mañana doesn't necessarily mean mañana, it may mean a week from now." When I heard this, my jaw dropped. This is one of the first messages that a new staff member joining our team heard. Where can you really go from there? There are these troubling narratives that have been imposed on Northern, specifically, but that are narratives about northern New Mexico in general that are somewhat offensive. Also, when I went in to speak to the HR director about EEOC and the grievance process, I landed up consoling her as she recounted her disdain for bigotry and literally cited (I kid you not) a Jerry Springer episode as her anecdote for | Mar 30, 2011 7:21 PM |

**Page 4, Q15. Comments on NNMC Human Resources and Campus Services**

| | | |
|---|---|---|
| | intolerance. I had just witnessed a pretty egregious exclusionary process on our campus, wanted a way to document it, and I was watching someone else cry about trash TV. Unbelievable. | |
| 33 | The phone system is almost as bad as the security system, and does not support me in serving students. | Mar 30, 2011 2:30 PM |
| 34 | The Human Resource Director is unprofessional. She does not respond to paperwork or requests timely. She does not check her email or does not work efficiently to process paperwork that is time sensitive. She also breaches confidence and talks about staff and faculty unethically. | Mar 30, 2011 1:32 PM |
| 35 | They have been responsive to my needs, although they could use some help with more personnel. | Mar 30, 2011 1:12 PM |
| 36 | Human Resource needs to be more discrete about issues with staff and faculty. | Mar 30, 2011 12:58 PM |
| 37 | Good and sometimes great | Mar 30, 2011 12:39 PM |
| 38 | What does this question have to do with Human Resources?????? | Mar 30, 2011 12:39 PM |
| 39 | HR hires people w/out advertising. HR "talks the talk" but doesn't "walk the walk", so to speak! | Mar 30, 2011 12:34 PM |
| 40 | No major complaints. | Mar 30, 2011 12:30 PM |