IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NANCY K. O'ROURKE,**

    Plaintiff,

v.                                          Case No. 13-CV-00193 RB/KK

**NORTHERN NEW MEXICO COLLEGE,**

    Defendant.

## STIPULATION OF DISMISSAL

**COME NOW** the Defendant, Northern New Mexico College, by and through its counsel of record, Basham & Basham P.C. (Mark A. Basham), and Plaintiff, Nancy O'Rourke, by and through her counsel of record, Samuel C. Wolf, and hereby notify the Court that a Settlement Agreement has been signed and entered into as of December 3, 2014, and, therefore, stipulate to the dismissal of the above captioned matter with prejudice. Each party to bear its own costs and attorney's fees.

                                                    Respectfully submitted,

                                                    Basham & Basham, P.C.

                                                    Electronically filed
                                                    ***/s/ Mark A. Basham***
                                                    Mark A. Basham
                                                    2205 Miguel Chavez, Suite A
                                                    Santa Fe, New Mexico 87505
                                                    (505) 988-4575
                                                    Attorneys for Defendant
                                                    mbasham@bbpcnm.com

                                                    and

          */s/ Samuel C. Wolf*
Samuel C. Wolf
Jones, Snead, Wertheim & Clifford P.A.
1800 Old Pecos Trail
Santa Fe, New Mexico 87505
(505) 989-6208
Attorney for Plaintiff
sam@thejonesfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January, 2015, I filed the foregoing Stipulation of Dismissal which caused all counsel of record to be served by electronic means or by US Mail, as more fully reflected on the Notice of Electronic Filing:

      */s/ Mark A. Basham*
Mark A. Basham